**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Jeffrey Hairston, | Case No. 1:25CV2264 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| | **Magistrate Judge Carmen E. Henderson** |
| Commissioner of Social Security, | **JUDGMENT ENTRY** |
| **Defendant.** | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation of Magistrate Judge Carmen E. Henderson (Doc. No. 12) is hereby ADOPTED and the instant action is hereby DISMISSED.

The case is hereby TERMINATED.

**IT IS SO ORDERED**.

DATE:  May 13, 2026

_s/Pamela A. Barker_
PAMELA A. BARKER
U. S. DISTRICT JUDGE